# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 18-cr-00164 |
|---|---|---|
| VS. | : | JUDGE S. MAURICE HICKS, JR. |
| FELIX MANUEL JUAREZ-PERALTA | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #28], and in the transcript previously filed herein, [Doc. #23] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #24], and concurring with the finding of the Magistrate Judge under applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the **GUILTY PLEA** entered by defendant Felix Manuel Juarez-Peralta on October 12, 2018 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the Court, pursuant to the provisions of Federal Rule of Criminal Procedure 11. Defendant is adjudged guilty of Illegal Transportation of Aliens, as charged in Count One of the Indictment.

Shreveport, Louisiana, this 16th day of October 2018.

**S. MAURICE HICKS, JR., CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**